## THE STATE *v.* JOHNSON.

APPEAL from the Grant Common Pleas.

PETTIT, J.—This case, in all legal respects, is the same as *The State* v. *Saxon, post,* p. 484, and must have the same result.

The judgment is affirmed.

*J. L. Custer* and *J. C. Denny,* Attorney General, for the State.

*G. W. Harvey,* for appellee.